**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Reading Bus Lines, Inc., Civil No. 00-411 DWF/AJB

Plaintiff,

v.

Van Vool, N.V.,

Defendant.

**ORDER ON MOTION TO COMPEL DISCOVERY AND AMENDING SCHEDULING**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion to compel defendant to provide initial disclosures and document productions required pursuant to Fed. R. Civ. P. 26 [Docket No. 10]. Hearing was held on November 1 2000, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Mark A. Frederickson, Esq., appeared on behalf of plaintiff Reading Bus Lines. Thomas A. Pearson, Esq., appeared on behalf of defendant Van Vool.

Based upon the file and documents contained therein, along with memorandums and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff Reading Bus Lines' motion to compel discovery is **granted** [Docket No. 10]. Discovery required pursuant to this Order shall be provided on or before December 1, 2000. The required production includes all design documents and memorandums relating to design of the bus series in which the bus at issue in this case was manufactured.

2. Plaintiff Reading Bus Lines' request for sanction of default on liability or a limitation prohibiting defendant's use of documents not yet disclosed is denied. Plaintiff is awarded $500.00 to be assessed against defendant as expenses relating to bringing this motion.

NOV - 2 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Payment of the $500.00 assessment is stayed pending sufficient production of Rule 26 materials pursuant to this Order, and the assessment will be lifted and made ineffective upon delivery of the described Rule 26 materials before December 1, 2000.

3. The Pretrial Scheduling Order is amended as follows:

a. Disclosure of expert witness reports by defendant shall be made on or bcforc January 1, 2001.

b. Discovery shall be commenced in time to be completed by April 1, 2001. Any non-dispositive motion shall be served and filed by April 1, 2001.

c. All dispositive motions shall be served and file by the parties by June 1, 2001.

d. This case shall be ready for jury trial on October 1, 2001, or upon resolution of any pending dispositive motions

e. The initial Pretrial Scheduling Order shall remain effective in all other respects.

Dated: 11/1/00

Arthur J. Boylan
United States Magistrate Judge