**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

READING BUS LINES, INC., — Civil No. 00-411 (DWF/AJB)

Plaintiff,

v. — **ORDER OF DISMISSAL**

VAN HOOL, N.V.,

Defendant.

---

Brian Wood, Esq., Mark Fredrickson, Esq., and Angela Beranek, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402, counsel for Plaintiff.

Michael Quinlivan, Esq., and Thomas Pearson, Esq., Cronan Pearson Quinlivan, 821 Marquette Avenue, Suite 1400, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 25th, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 25 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______